January 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ALBERT ORTIZ, Appellant

NO. 14-12-00126-CV                    V.

THE JUNELL LAW FIRM, SANDERS & JUNELL P.C., MARK JUNELL,
INDIVIDUALLY, AND BERGMAN ADR GROUP, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 31, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Albert Ortiz.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.